UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ronald David Outlaw**                    **Docket No. 2:19-CR-5-1D**

### Petition for Action on Supervised Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald David Outlaw, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), and Possession With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(D), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 31, 2020, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Ronald David Outlaw was released from custody on July 19, 2024, at which time the term of supervised release commenced.

On April 25, 2025, a Violation Report was submitted advising the court that on March 24, 2025, the defendant was charged with Speeding and Reckless Driving to Endanger in Guilford County, North Carolina (25CR8120); and that on April 15, 2025, the defendant was charged with Assault on a Pregnant Woman in Bertie County, North Carolina (25CR284079). Outlaw hired counsel and contested the charges in both counties. Therefore, the matters were held in abeyance pending a resolution in state court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 20, 2026, the defendant attempted to circumvent a drug screen by concealing a plastic bottle of fake urine. The probation officer found and seized the bottle. Outlaw provided a legitimate urine screen which tested positive for marijuana use. The sample was confirmed positive by the National Laboratory on January 28, 2026. The defendant signed an admission form acknowledging marijuana use. Outlaw has been referred to mental health and substance abuse services at a local provider. As a sanction for attempting to defraud the test, and to ensure compliance with treatment, it is respectfully recommended that the court impose a curfew with GPS monitoring for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Ronald David Outlaw
Docket No. 2:19-CR-5-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: February 13, 2026

## ORDER OF THE COURT

Considered and ordered this ___17___ day of ___February___, 2026, and ordered filed and
made a part of the records in the above case.

James C. Dever III
U.S. District Judge